RTG
9/21/20

DOA: 9/19/20



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Joshua Jerod STOVALL (1),
Rufus GREEN (2),

Defendants.

Case No.    20 M J 9 7 6 1

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(1)(A)(ii)
Transportation of Illegal Aliens (Felony)

The undersigned complainant being duly sworn states:

On or about September 19, 2020, within the Southern District of California, defendants Joshua Jerod STOVALL and Rufus GREEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Jose Luis MARTINEZ-Dominguez and Angelina JUAREZ-Marin, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

1 | And the complainant states this complaint is based on the attached Statement of Facts,

2 | which is incorporated herein by reference.

3

4 | FEDERICO ESPINOZA
   | BORDER PATROL AGENT

5

6 | Sworn and attested to under oath by telephone, in accordance with Federal Rule of

7 | Criminal Procedure 4.1, this 21st day of September, 2020.

8

9

10

11

12 | HON. RUTH BERMUDEZ MONTENEGRO
   | U.S. MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES OF AMERICA
v.
Joshua Jerod STOVALL and
Rufus GREEN

## STATEMENT OF FACTS

I, Border Patrol Agent Erica Viviana Escobar, declare under penalty of perjury the following is true and correct:

This complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) Andrew Bowen (Bowen), that on September 19, 2020, Joshua Jerod STOVALL (STOVALL) and Rufus GREEN (GREEN), both United States Citizens, were arrested near Palo Verde, California, while smuggling two (2) undocumented aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

At approximately 4:00 P.M, BPA Bowen was assigned to the Border Patrol 1151 Checkpoint on California State Highway 78 south of Palo Verde, California. While at the primary inspection lane a grey four door Chrysler 200 bearing Arizona license plate (BWG8306) drove to BPA Bowen's inspection lane. BPA Bowen identified himself as a United States Border Patrol agent and notified that occupants that he was conducting an immigration inspection. BPA Bowen asked the driver later identified as Joshua Jerod STOVALL where he was traveling to, STOVALL stated he was heading to a gas station and pointed to his fuel gauge, but ultimately Mesa, Arizona. BPA Bowen asked STOVALL where he was traveling from, he stated he was traveling from El Centro, California area. During BPA Bowen's inspection, K-9 handler BPA Liam Dater-Twomey (Dater) walked

towards BPA Bowen from his pre-primary inspection area. BPA Dater informed BPA Bowen that his K-9 had alerted to the vehicle and asked BPA Bowen to send the vehicle to the secondary inspection area. BPA Bowen asked STOVALL if he was a United States Citizen, he stated he was. BPA Bowen then asked the only visible passenger later identified as Rufus GREEN if he was a United States Citizen, GREEN stated he was. At approximately 4:05 P.M, BPA Bowen instructed STOVALL to park his vehicle in secondary.

BPA Dater walked over to the secondary inspection area and spoke to STOVALL and GREEN, while BPA Bowen continued to conduct immigration inspections in the primary lane of the checkpoint. BPA Bowen observed BPA Dater open the truck of the STOVALL's vehicle and quickly shut it. BPA Dater told BPA Eddie Jones that there were subjects in the trunk. BPA Bowen walked over to secondary inspection. STOVALL and GREEN were placed under arrest and were placed into the checkpoints holding cells. BPA Bowen opened the trunk of the vehicle and observed two individuals next to a water bottle, backpack, five quarts of oil and a car jack. BPA Bowen assisted both subjects out of the truck. BPA Bowen noticed both subjects were sweating and somewhat disoriented. At this time, BPA Bowen asked the male subject later identified as Jose Luis MARTINEZ-Dominguez if he was okay and how long he had been in the trunk. MARTINEZ stated he was okay and not sure how long he had been in the trunk, his best guess was about an hour and a half. BPA Bowen then asked the female subject later identified as Angelina JUAREZ-Marin if she was okay and if they needed water. JUAREZ stated that she too was

4

1  okay and both subjects accepted water. BPA Bowen placed both subjects in the back seat
2  of an air conditioned marked Border Patrol vehicle.

3
4      BPA Bowen asked STOVALL how long both subjects had been in the trunk of his
5  vehicle, STOVALL was unaware of anybody being in his trunk. BPA Bowen asked
6  STOVALL how it was possible for somebody to access his trunk, if there was not an
7  exterior release and if he was the only person with access to his car keys. STOVALL stated
8
9  that occasionally he leaves his car unlocked and maybe he had left it open overnight while
10  in an unknown hotel parking lot. BPA Bowen asked STOVALL what his relationship was
11  to his passenger, STOVALL stated GREEN was "like my brother". BPA Bowen then asked
12
13  if he was a friend? STOVALL stated "yeah, he's my people".

14      As per instructions of Supervisory Border Patrol (SBPA) Lyle Watson, BPA Bowen
15  read STOVALL his Miranda rights at 5:24 P.M, he chose to not answer any questions at
16
17  that time. GREEN was read his Miranda rights 5:27 P.M, GREEN also chose not to answer
18  questions at that time. BPA Dater told BPA Bowen that he had determined both
19  MARTINEZ and JUAREZ to be illegally present in the United States.   BPA Jones
20
21  requested record checks on all four subjects as well as vehicle record checks through Yuma
22  Sector Communications; STOVALL and GREEN record checks revealed extensive
23  criminal history but no prior charges for alien smuggling. MARTINEZ and JUAREZ had
24
25  no prior immigration or criminal history. The records for the vehicle plate revealed that the
26  plate did not belong to that vehicle.
27
28

1   All four subjects were taken into custody and transported to the Yuma Border Patrol

2   Station for processing.

3   At the station, STOVALL was informed of his Miranda rights while being recorded,

4
5   STOVALL stated that he was not willing to answer questions without a lawyer present.

6   GREEN was informed of his Miranda rights while being recorded, GREEN stated

7   that he was not willing to answer questions without a lawyer present.

8
9   Due to the lack of recording equipment at the Border Patrol Checkpoint, both

10  STOVALL and GREEN were read their Miranda rights again at the Yuma Border Patrol

11  Station. STOVALL acknowledge his rights and declined to speak without legal counsel at

12
13  9:54 P.M, GREEN acknowledge his rights and declined to speak without legal counsel at

14  9:58 P.M.

15  Material Witness MARTINEZ-Domiguez, Jose Luis stated that he is national of

16
17  Mexico and does not possess any documents to legally reside in the United States.

18  MARTINEZ stated he arrived in Tijuana, Mexico by airplane on September 9, 2020. From

19
20  there they took a commercial bus to a town called El Hongo, Mexico. He initiated

21  arrangements with a friend from Los Angeles, California named Miguel but did not discuss

22  the costs of him and his girlfriend being smuggled into the United States. MARTINEZ

23
24  stated they left a house in El Hongo, Mexico by truck with wooden slats around the back

25  with no visibility to the outside and never saw the driver. They were driven near the border

26  to an unknown location. They were given a radio and were instructed via the radio to walk

27

28

north. They were told to walk to a road and stand in the middle so they would be recognized by the driver of a grey 4 door vehicle that would pick them up.

MARTINEZ stated that he observed two males in the front seats of the car. The driver got out of the vehicle and told him and his girlfriend in English, to climb into the open trunk. MARTINEZ does not speak English but understood to get into the trunk by the hand signals. MARTINEZ stated that he does not know the driver's name but it was a dark skinned person that instructed them into the trunk of the vehicle. When asked why the person would ask them to get in the trunk he stated that it was because he must have known they were illegal aliens. MARTINEZ stated that there was a small gap in the back seat of the vehicle that allowed for some cooler air to reach in the trunk. MARTINEZ stated that he and his girlfriend were in the trunk for approximately one hour until their encounter with Border Patrol Agents.

Material Witness JUAREZ stated that she is national of Mexico and does not possess any documents to legally reside in the United States. JUAREZ stated she and her boyfriend (MARTINEZ-Dominguez Jose Luis) arrived to Tijuana, Mexico by airplane on September 9, 2020. From there they took a commercial bus to a town called Tecate. Her boyfriend MARTINEZ-Dominguez, Jose Luis initiated arrangements with a friend from Los Angeles but did not discuss the costs of them being smuggled into the United States. JUAREZ stated they left a house in Tecate and were given a radio. They were instructed on where to cross illegally into the United States. JUAREZ stated that she entered the United States with three other people, her boyfriend MARTINEZ, and two other people she claimed not to

know. This group of four walked for two to three hours in the desert until they reached a highway. JUAREZ next stated the other two people were picked up by a car. JUAREZ next stated she waved down a grey four door car that pulled over on the side of road.

JUAREZ stated that she observed two males (later identified as STOVALL, Joshua Jerod and Green, Rufus) in the front seats of the car. The driver got out of the vehicle and told them to climb into the open trunk. JUAREZ does not speak English but understood to get into the trunk by the hand signals given by one of the guys. When asked why the driver would instruct them to get in the trunk she replied that it was because he must have known they are illegal aliens. JUAREZ stated that she did not know how to exit the trunk of the car she was in. JUAREZ stated that she would not have known how exit the car in case of emergency. JUAREZ stated it was hot in the trunk of the car and that there was no air circulation. While JUAREZ and MARTINEZ were in the trunk of the car neither of them had communication with the driver.

JUAREZ identified the driver Joshua Jerod STOVALL from a six photo lineup.

The complainant states the names of the Material Witnesses as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Jose Luis MARTINEZ-Dominguez | MEXICO |
| Angelina JUAREZ-Marin | MEXICO |

Further, the complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that

1   their testimony is material; that it is impracticable to secure their attendance at trial by

2   subpoena; and they are material witnesses in relation to this criminal charge and should be

3   held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

4
5       To the best of my knowledge and belief, the following is a list of all Border Patrol

6   law enforcement personnel present during interviews, statements, and questioning of the

7   Defendant(s) in this matter from initial contact to the writing of this document: BPA's

8
9   Sergio Hernandez, Curtis J. Linton, Phillip Cade, Monica Cruz, SBPA Lyle Watson.

10      To the best of my knowledge and belief, the following is a list of all Border Patrol

11  law enforcement personnel not already mentioned above who were present and/or took part

12
13  in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation,

14  surveillance, etc.) from initial field contact through the writing of this document: BPA's

15  Andrew Bowen, Liam Dater-Twomey, K-9 Nandi, and Eddie Jones.

16
17  Executed on September 20, 2020 12:00 P.M.

18
19                                  ERICA VIVIANA ESCOBAR
                                    U.S. BORDER PATROL AGENT
20

21
22  On the basis of the facts presented in the probable cause statement consisting of (10) pages,

23  I find probable cause to believe that the defendant named in this probable cause statement

24
25  committed the offense on September 19, 2020 in violation of Title 8, United States Code

26
27  1324.

28

14:02, Sep 20, 2020

HON. WILLIAM V. GALLO                        DATE/TIME
U.S. MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28